Caproni, V.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, EX REL. DANIEL FEDOR, <br><br>Plaintiffs,<br><br>v.<br><br>PRIDE MOBILITY PRODUCTS CORP, THE SCOOTER STORE, LTD., ORBIT MEDICAL ENTERPRISES, INC., and ALLIED HOME MEDICAL, INC.,<br><br>Defendants. | CIVIL CASE NO. 13 CV 0276 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2016

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)**

Plaintiff/Relator Daniel Fedor ("Relator") and Defendant Pride Mobility Products Corp. ("Pride") have entered into a Settlement Agreement. Pursuant to the Settlement Agreement, and pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiff/Relator Daniel Fedor ("Relator") respectfully submits this Notice of Voluntary Dismissal of this action: (1) with prejudice to the Relator for all claims; and (b) without prejudice to the United States as to Counts I, II, and III of Relator's First Amended *Qui Tam* Complaint. Pursuant to 31 U.S.C. § 3730(b)(1), Relator has conferred with counsel for the United States and has been advised that the United States consents to the dismissal without prejudice of Counts I, II, and III of Relator's First Amended *Qui Tam* Complaint.

Respectfully submitted this 31st day of December, 2015.

        PIETRAGALLO GORDON ALFANO
        BOSICK & RASPANTI, LLP

By: *Marc Raspanti /mm*
        Marc S. Raspanti, Esquire
        (admitted 4/8/1988; NY ID #757970)

        Michael A. Morse, Esquire
        1818 Market Street, Suite 3402
        Philadelphia, PA 19103
        (215) 320-6200

        MYERS BRIER & KELLY, LLP
        Daniel Brier, Esquire
        425 Spruce Street, Suite 200
        Scranton, PA 18503
        (570) 342-6100

        Attorneys for Plaintiff/Relator Daniel Fedor

Dated: December 31, 2015

**SO ORDERED:**

*Valerie Caproni*

_____
**U.S.D.J.**
January 5, 2016